EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br><br>John Ward Llambías | 2025 TSPR 28<br><br>215 DPR ___ |

Número del Caso:  TS-7,532


Fecha:  26 de marzo de 2025


Representante legal del peticionario:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

John Ward Llambías                    TS-7,532

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de marzo de 2025.

Atendida la *Tercera moción en cumplimiento de orden y solicitando nuevamente la reinstalación a la práctica de la profesión legal* presentada por el Sr. John Ward Llambías, así como la Certificación del Programa de Educación Jurídica Continua, se reinstala al ejercicio de la abogacía al Sr. John Ward Llambías.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez se inhibió.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo